**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brown & Brown Insurance of Arizona, Inc., an Arizona corporaiton,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jennifer Isley, et al.,<br><br>　　　　　Defendants.<br>_____ | No. CV-07-1911-PHX-SRB<br><br>**SETTLEMENT CONFERENCE ORDER** |

　　　　This matter has been previously referred to the undersigned for the purpose of scheduling a settlement conference. A settlement conference was set for January 15, 2008 and vacated by Order (docket #51) granting the parties' Joint Motion to Vacate Settlement Conference (docket #50).

　　　　United States District Judge Susan R. Bolton issued an Order on February 12, 2008 (docket #58) granting the parties' Joint Stipulation and Motion to Vacate Preliminary Injunction Hearing Stipulation vacating and resetting a preliminary injunction hearing before her from February 20, 2008 to March 25, 2008 and referring this matter to the undersigned for the purpose of setting another settlement conference date. In light of the new date for the preliminary injunction hearing set before Judge Bolton, the undersigned has expedited the setting of the settlement conference in this matter.

1   After communications through Plaintiff's counsel's office who has
2 coordinated a new date and time with the Court, counsel and all parties, including if the
3 Defendants are an insured party, a representative of that party's insurer with full and
4 complete authority to discuss and settle, shall be physically present for the settlement
5 conference.
6   Accordingly,
7   **IT IS ORDERED setting** the Settlement Conference before the
8 undersigned on **Monday, February 25, 2008 at 2:00 p.m.**
9   **IT IS FURTHER ORDERED** copies of all Settlement Conference
10 Memoranda shall be simultaneously exchanged between counsel no later than **3:00 p.m.**
11 **on Thursday, February 21, 2008**.
12   **IT IS FURTHER ORDERED** the parties' Settlement Conference
13 Memoranda shall include information regarding any settlement negotiations the parties'
14 have exchanged since the filing of the parties' Joint Motion to Vacate Settlement
15 Conference filed January 11, 2008 (docket #50).
16   **IT IS FURTHER ORDERED** each party shall provide the Court with the
17 original of that party's Settlement Conference Memoranda **no later than 3:00 p.m. on**
18 **Thursday, February 21, 2008**.  The Settlement Conference Memoranda shall **NOT** be
19 filed with the Clerk.  The original Settlement Conference Memoranda shall be delivered
20 directly to the chambers of U. S. Magistrate Judge Lawrence O. Anderson or e-mailed to
21 the undersigned's ECF mailbox (anderson_chambers@azd.uscourts.gov).
22   **IT IS FURTHER ORDERED affirming** all orders in the undersigned's
23 original Settlement Conference Order (docket #36) in their entirety except for those
24 orders set forth above.
25   DATED this 14th day of February, 2008.

*[Signature]*
Lawrence O. Anderson
United States Magistrate Judge