**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brown & Brown Insurance of Arizona, Inc., an Arizona corporaiton,<br><br>  Plaintiff,<br><br>v.<br><br>Jennifer Isley, et al.,<br><br>  Defendants. | No. CV-07-1911-PHX-SRB<br><br>**ORDER** |

The Court is in receipt of Plaintiff's Settlement Conference Memorandum.

**IT IS ORDERED rejecting** Plaintiff's Settlement Conference Memorandum for violating the page limitation set forth in LRCiv 7.2(e), Rules of Practice of the United States District Court for the District of Arizona, as amended on December 1, 2007 and this Court's Settlement Conference Orders. (docket #s 36 and 59)

**IT IS FURTHER ORDERED** Plaintiff shall resubmit its Settlement Conference Memorandum by **3:00 p.m. on Friday, February 22, 2008** or the Settlement Conference scheduled for Monday, February 25, 2008 may be continued. Plaintiff may e-mail it's Settlement Conference Memorandum to the undersigned's ECF mailbox (anderson_chambers@azd.uscourts.gov). Plaintiff does not need to resubmit the

/ / /

/ / /

/ / /

1 attachments submitted with its Memorandum received by the Court by *FedEx* this
2 morning. (Memorandum is not dated at signature line but has a mailing certificate dated
3 2/20/08).

DATED this 21st day of February, 2008.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge